IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10246
Summary Calendar
_____

SCOTT SAMFORD,

                                        Plaintiff-Appellant,

versus

DR BOWERS, Medical Director Dallas County Jail,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CV-1573-AH
--------------------
November 16, 2000

Before DAVIS, JONES and DEMOSS, Circuit Judges.

PER CURIAM:[*]

      Scott Samford has appealed the district court's grant of
summary judgment to the defendant in his 42 U.S.C. § 1983 civil
rights action.  We AFFIRM.

      Samford argues that 1) the defendant refused to fill and
dispense prescriptions for pain medication that were written for
him by a hospital staff, and 2) that in spite of his serious
medical condition, the defendant housed him in an open dormitory
with the general prison population rather than in a medical unit.

---

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Our de novo review of the record reveals that Samford's claims are without merit. There was no genuine issue of material fact regarding whether the defendant acted or failed to act with subjective deliberate indifference to Samford's serious medical needs. See Hare v. City of Corinth, 74 F.3d 633, 647-48 (5th Cir. 1996)(en banc). Accordingly, the district court's grant of summary judgment is AFFIRMED.